

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause Number:  01-16-00913-CV

Trial Court Cause
Number:  2015-52753

Style:  Tower Oaks Community Organization

**v**  Gregory D. Ham and Colin E. Ham

Date motion filed*:  11/2/2017

Type of motion:  Unopposed Motion to Continue and Reschedule Oral Argument

Party filing motion:  Appellee

Document to be filed:  N/A

Is appeal accelerated? ☐ Yes  ☒ No

Ordered that motion is:

☐ Granted

    If document is to be filed, document due:  **N/A**

    ☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

    ☐ The Court will not grant additional motions to extend time.

☐ Denied

☐ Dismissed (*e.g.*, want of jurisdiction, moot)

☒ Other: ___Granted in part_____

The motion is granted to the extent that argument scheduled for November 14, 2017 is canceled. Upon further evaluation, the Court has determined that oral argument is not warranted in this case. Accordingly, submission will remain scheduled on November 14, 2017 and will be on the briefs only.

Judge's signature: /s/ Evelyn V. Keyes
    ☒ Acting individually  ☐ Acting for the Court

Panel consists of  Justices Keyes, Brown, and Lloyd

Date:  November 6, 2017